**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**TAMMY JOHNSTON,**

    Plaintiff,

**CASE NO.     1:10-CV-444**

-vs-

**Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability finding is found **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **REVERSED**; this matter is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g); and that the case is **TERMINATED** from the docket of the Court.

Date:  March 27, 2012                    **JAMES BONINI, CLERK**

                                            By: *s/ M. Rogers*
                                            Deputy Clerk