# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**TAMMY JOHNSTON,**

    Plaintiff,

**-vs-**

    **CASE NO. 1:10-CV-444**

    **Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## JUDGMENT IN A CIVIL CASE

**[ ] Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X] Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability finding is found **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **REVERSED**; this matter is **REMANDED** to the ALJ under the Fourth Sentence of 42 U.S.C. § 405(g); and that the case is **TERMINATED** from the docket of the Court.

Date: March 27, 2012          **JAMES BONINI, CLERK**

                                                                    By: *s/ M. Rogers*
                                                                    Deputy Clerk